**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 12-7914**

————————

JESUS MAGANA,

                Petitioner - Appellant,

      v.

TERRY O'BRIEN, Warden,

                Respondent - Appellee.

————————

Appeal from the United States District Court for the Northern District of West Virginia, at Elkins.   John Preston Bailey, Chief District Judge.  (2:12-cv-00027-JPB-DJJ)

————————

Submitted:  January 22, 2013      Decided:  January 25, 2013

————————

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

————————

Affirmed by unpublished per curiam opinion.

————————

Jesus Magana, Appellant Pro Se.  Helen Campbell Altmeyer, Jarod James Douglas, Assistant United States Attorneys, Wheeling, West Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jesus Magana, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 28 U.S.C.A. § 2241 (West 2006 & Supp. 2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Magana v. O'Brien, No. 2:12-cv-00027-JPB-DJJ (N.D.W. Va. Oct. 26, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED